IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEORGE R. COMBS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV96 |
| | ) | |
| v. | ) | |
| | ) | |
| UNKNOWN NEWTON, et al., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. Pursuant to the Prison Litigation Reform Act, an imprisoned civil plaintiff must pay the court's entire filing fee, either at the outset when filing the complaint, or in installments if the court grants leave to proceed in forma pauperis ("IFP"). *In re Tyler*, 110 F.3d 528, 529-30 (8th Cir. 1997); *Jackson v. N.P. Dodge Realty Co.*, 173 F. Supp. 2d 951 (D. Neb. 2001). In this case, Plaintiff was granted leave to proceed IFP on March 23, 2007, and the court assessed an initial partial filing fee in the amount of $3.06 to be paid by April 27, 2007. (Filing 5.) The initial partial filing fee was not paid, but on June 11, 2007, the court suspended this payment obligation after being advised that Plaintiff did not have sufficient funds to make the payment. (Filing 8.)

However, when the court attempted to serve a copy of the amended prisoner payment order upon Plaintiff at the Douglas County Correctional Center, it was returned as undeliverable. (Filing 9.) The court obtained a forwarding address from the Douglas County Correctional Center and remailed the order. That mailing was also returned as undeliverable. (Filing 10.) Subsequent mailings of other orders have likewise been returned. See filing 12 (July 9, 2007) and filing 14 (August 10, 2007).

Plaintiff has an obligation to keep the court informed of his current address. See NEGenR 1.3(e) ("An attorney or pro se party whose address, telephone number,

fax number, or e-mail address has changed from that previously provided in any ongoing case must file and serve notice thereof within thirty (30) calendar days of the change."). Because the court has been unable to contact Plaintiff for 3 months, this action will be dismissed without prejudice for lack of prosecution.

Accordingly,

IT IS ORDERED that this action is dismissed without prejudice. Judgment shall be entered by separate document.

September 17, 2007.            BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge